IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA EISENHAUER,<br><br>      Plaintiff,<br><br><br>vs.<br><br><br>OLIVE BRANCH ASSESSMENT INSURANCE SOCIETY, INC., a NE mutual assessment insurance society; and EUGENE "GENE&QUOT KELLER, an individual;<br><br>      Defendants. | **8:26CV28**<br><br><br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendants,

**IT IS ORDERED:**

1.   On or before March 25, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2.   Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.   The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 23rd day of February, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge